UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OTIS BENNETT                                                                                          PLAINTIFF

AND

FIREMAN'S INSURANCE COMPANY OF WASHINGTON, D.C.            INTERVENOR

VS.                                                             CIVIL ACTION NO. 3:21-cv-535-DPJ-FKB

STRUCTURAL STEEL SERVICES, INC.;
STRUCTURAL STEEL DETAILING, INC,;
STRUCTURAL STEEL HOLDING, INC.; AND
JOHN DOES I-III                                                                                   DEFENDANTS

ORDER OF DISMISSAL

Pursuant to this Court's Order Approving Third-Party Settlement, this case is dismissed with prejudice to all parties.

**SO ORDERED AND ADJUDGED** this the 21st day of September, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE